# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>v.<br><br>**[1] LUIS CARMONA-BERNACET, aka "Canito Cumbre",**<br>**[2] YADIEL SERRANO-CANALES, aka "Motombo",**<br>**[5] ROLANDO RIVERA-SOLIS,**<br>**[6] ALEX BURGOS-AMARO, aka "Yogui"**,<br><br>Defendants. | **CRIMINAL NO.** 16-547 (CCC) |

## CERTIFICATE OF DEATH PENALTY CASE

**COMES NOW**, the United States of America by and through the undersigned attorneys and before this Honorable Court very respectfully states and prays as follows:

Pursuant to Local Rule 144A(b) and with respect to defendants [1] LUIS CARMONA-BERNACET, aka "Canito Cumbre", [2] YADIEL SERRANO-CANALES, aka "Motombo", [5] ROLANDO RIVERA-SOLIS and [6] ALEX BURGOS-AMARO, aka "Yogui", the United States of America informs the Court that Count Five of the third superseding indictment in this case carries a maximum possible penalty of death. As of this filing, no decision has been made to pursue or not to pursue the death penalty in this case.

**RESPECTFULLY SUBMITTED**,

In San Juan, Puerto Rico, this 19th day of December, 2018.

**(SIGNATURES ON NEXT PAGE)**

**ROSA EMILIA RODRIGUEZ VELEZ**
United States Attorney

*s/ Kelly Zenón-Matos*
*Kelly Zenón-Matos-G01406*
Assistant United States Attorney
United States Attorney's Office
District of Puerto Rico
Suite 1201 Torre Chardon
350 Carlos Chardon Avenue
San Juan, PR 00918
787-722-3911
Fax: 787-771-4050
Email: kelly.zenon@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*s/ Kelly Zenón-Matos*
***Kelly Zenón-Matos-G01406***
Assistant United States Attorney
United States Attorney's Office